IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MICHAEL ARNETT, CHRISTOPHER BALL, MARK BARON, KIMBERLY BENTZ, JOSEPH BERENDZEN, JAMES BLAND, JOHN BRUNSON, ROWENA BURKE, DOUGLAS CARMAN, VINCENT CHABOT, JAMISON CROWLEY, JASON DEARBORN, SEAN DONAHOE, BRIAN DUNNE, ALEX FILO, MICHAEL FOGARTY, SHANNOTN GAVIT, JAY HUMPHERY, SHANE LARTER, TRENT LEE, HAROLD LEWIS, JOHN PAUL MIMS, GARY OBERMEYER, JAMES REDD, THOMAS SAUER, THOMAS SIMS, MATTHEW SKELLEY, DON SPENCE, LARRY STEPANEK, DEWAII TATE, JAMES WARWICK,<br><br>    Plaintiffs,<br><br> v.<br><br>FLUOR ENTERPRISES, INC., FLUOR CORPORATION, SCANA CORPORATION, and SOUTH CAROLINA ELECTRIC & GAS COMPANY,<br><br>    Defendants. | C/A No.: 0:19-cv-00346-JMC |
| Harry Pennington III and Timothy Lorentz, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Fluor Corporation, Fluor Enterprises, Inc., Fluor Daniel Maintenance Services, Inc., SCANA Corporation, and South Carolina Electric & Gas Company,<br><br>    Defendants. | C/A No. 0:17-cv-02094-JMC |

1

| | |
|---|---|
| Lawrence Butler, Lakeisha Darwish, and Jimi Che Sutton, | ) ) ) C/A No. 0:17-cv-02201-JMC |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Fluor Corporation and Fluor Enterprises, Inc., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER GRANTING CONSENT MOTION TO CONSOLIDATE

This matter is before the Court on the Parties' Consent Motion to Consolidate, whereby the Parties request that this action be consolidated with the already-consolidated actions pending before this Court, styled *Pennington et al. v. Fluor Corp. et al.*, C/A No. 0:17-02094-JMC ("Pennington Action") and *Butler et al. v. Fluor Corp. et al.*, C/A No. 0:17-02201-JMC ("Butler Action"). Having read and carefully considered the Consent Motion to Consolidate, the Court hereby **GRANTS** the Parties' Consent Motion to Consolidate and consolidates these proceedings with the Pennington Action and the Butler Action for purposes of discovery and pretrial motions.[1] All relevant filings and submissions shall be made in all three case numbers from this point forward.

**IT IS SO ORDERED.**

Dated this 5th day of August, 2019.

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

Columbia, South Carolina

---

[1] At the close of discovery, and after the court has issued an opinion on any dispositive motion filed, the court will decide to what extent, if at all, the trial of these three cases shall proceed together.

2