IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Harry Pennington III and Timothy Lorentz, on behalf of themselves and all others similarly situated, | ) ) ) ) | CA No. 0:17-cv-02094-JMC |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Fluor Corporation, Fluor Enterprises, Inc., Fluor Daniel Maintenance Services, Inc., SCANA Corporation, and South Carolina Electric & Gas Company, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| | ) | CA No. 0:17-cv-02201-JMC |
| Lawrence Butler, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Flour Corporation, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS NOTICE PLAN**

Pursuant to the Court's Order and Opinion entered on June 20, 2019, Plaintiffs plan to implement the following schedule with regard to the Class Notice:

| | |
|---|---|
| **Date of Class Notice:** | **July 29, 2019** |
| **Deadline for Plaintiffs to Mail Class Notice:** | **July 31, 2019** |
| **Deadline for Opt-Out Forms to be Postmarked:** | **September 16, 2019** |

s/ Amy L. Gaffney
GAFFNEY LEWIS, LLC
Amy L. Gaffney
Federal I.D. Number:  6316
3700 Forest Drive, Suite 400
Columbia, SC  29204
(803) 790-8838
(803) 790-8841—facsimile
agaffney@gaffneylewis.com

YARBOROUGH APPLEGATE LLC
David B. Yarborough, Jr.
Federal I.D. Number:  7336
William E. Applegate, IV
Federal I.D. Number:  9261
291 East Bay Street
Charleston, SC  29401
(843) 972-0150
(843) 277-6691 –facsimile
david@yarboroughapplegate.com
william@yarboroughapplegate.com

KLEHR HARRISON HARVEY
BRANZBURG LLP
Charles A. Ercole, Esq. (#69192)*
Rona J. Rosen, Esq. (#32440)*
Lee D. Moylan, Esquire (#80915)*
1835 Market Street, 14th Floor
Philadelphia, PA  19103
(215) 569-2700
(215) 568-6603-facsimile
cercole@klehr.com/lmoylan@klehr.com
*Appearing Pro Hac Vice

*Attorneys for Plaintiffs*

August 10, 2019

2