IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Harry Pennington III and Timothy Lorentz, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Fluor Corporation, Fluor Enterprises, Inc., Fluor Daniel Maintenance Services, Inc., SCANA Corporation, and South Carolina Electric & Gas Company,<br><br>Defendants. | Civil Action No.: 0:17-cv-02094-JMC |
| Lawrence Butler, Lakeisha Darwish, and Jimi Che Sutton,<br><br>Plaintiffs,<br><br>v.<br><br>Fluor Corporation and Fluor Enterprises, Inc.,<br><br>Defendants. | Civil Action No.: 0:17-cv-02201-JMC<br><br>**ORDER** |

Before the court is the parties' jointly filed Motion to Approve Mediator (ECF Nos. 203, 157). It appearing to the court that counsel for the parties have selected MICHAEL E. DICKSTEIN, Esquire, by agreement, as their mediator;

**IT IS SO ORDERED** that MICHAEL E. DICKSTEIN is appointed mediator in the above entitled action.

*J. Michelle Childs*
United States District Judge

January 27, 2020
Columbia, South Carolina

1