# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Harry Pennington III and Timothy Lorentz, on behalf of themselves and all others similarly situated, | ) ) ) ) | C/A No. 0:17-cv-02094-JMC |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Fluor Corporation, Fluor Enterprises, Inc., Fluor Daniel Maintenance Services, Inc., SCANA Corporation, and South Carolina Electric & Gas Company, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| Lawrence Butler, Lakeisha Darwish, and Jimi Che Sutton, | ) ) ) | C/A No. 0:17-cv-02201-JMC |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Fluor Corporation and Fluor Enterprises, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Before the court is the parties' Joint Motion to Stay Discovery and Amend the Scheduling Order. (ECF No. 272.) Upon consideration of the Parties' Motion, and for good cause shown, the Court **ORDERS** that damages discovery is stayed in this matter. All remaining deadlines in the Eighth Amended Conference and Scheduling Order, except for the trial deadline (ECF No. 224), are enlarged. The parties, if necessary, will confer and submit a proposed modified Scheduling Order

within seven (7) days of the court's issuance of a decision on the dispositive motions filed by the parties. The court will not stay the trial deadline absent extraordinary circumstances.

    **IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

December 15, 2020
Columbia, South Carolina